**Order entered February 27, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01225-CR

### WILSON AUGUSTO SANTOS PEREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F18-45703-U

## ORDER

The reporter's record was due January 23, 2020. When it was not filed, we notified court reporter Sasha Brooks that it was past due and directed her to file the reporter's record by February 26, 2020. Ms. Brooks has since notified the Court she sent the three volumes of reporter's record she reported to Karren Jones who was the reporter who took the trial.

We **ORDER** court reporter Karren Jones to file the complete reporter's record in this appeal within **TWNETY DAYS** of the date of this order. We

caution Ms. Jones that the failure to file the reporter's record by that date may result in the Court taking whatever remedies it has available to ensure that the record is filed and the appeal proceeds in a timely fashion.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; court reporter Karren Jones; and counsel for all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE